UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:13-cr-0141 |
| v. | ) | Judge Sharp |
| | ) | |
| GEOFFREY JOHN TARBUCK | ) | |

AGREED ORDER AND JUDGMENT

On November 18, 2013 the defendant appeared in Court and admitted the five violations of supervised release alleged. Pursuant to the agreement of all parties, the Court sentences the defendant to the custody of the Attorney General for a period of seven (7) months, with sentence credit from the date of his arrest on October 15, 2013. Following this term of incarceration, supervised release shall terminate.

The Court recommends that the Bureau of Prisons designate an appropriate facility as close to Atlanta, Georgia as possible, and that the defendant receive drug treatment while incarcerated.

_____
Kevin H. Sharp
United States District Judge

Approved for Entry:

*s/ Jude T. Lenahan*
Attorney for Geoffrey Tarbuck
810 Broadway, Suite 200
Nashville, Tennessee 37203
Telephone: (615) 736-5047

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

By: *s/ William L. Deneke*
Assistant United States Attorney
A-961 U.S. Courthouse
Nashville, Tennessee 37203
Telephone: 615-736-5151